FILED: September 16, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1922
(1:12-cv-00898-NCT-JLW)

_____

ROBERT BOLUS, individually, and d/b/a BOLUS TRUCK SALES CENTER

      Plaintiff - Appellant

v.

FLEETWOOD RV, INC.; TOM JOHNSON CAMPING CENTER CHARLOTTE, INC.; CUMMINS ATLANTIC, LLC

      Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 10/30/2015

Opening brief due: 10/30/2015

Response brief due: 12/02/2015

Any reply brief: 14 days from service of response brief.

                                For the Court--By Direction

                                /s/ Patricia S. Connor, Clerk