FILED: November 4, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1922
(1:12-cv-00898-NCT-JLW)
_____

ROBERT BOLUS, individually, and d/b/a BOLUS TRUCK SALES CENTER,

    Plaintiff - Appellant,

v.

FLEETWOOD RV, INC.; TOM JOHNSON CAMPING CENTER CHARLOTTE, INC.; CUMMINS ATLANTIC, LLC,

    Defendants - Appellees.

_____

O R D E R
_____

Upon consideration of appellant's motion for extension of time in which to file corrected appendix and paper copy of the opening brief, the court grants the motion. The court extends the deadline for filing a brief and corrected appendix which are compliant with the Federal Rules of Appellate Procedure, the court's Local Rules and its docket correction notices until November 9, 2015. Pursuant to Federal Rule of Appellate Procedure 30(d), "[t]he appendix must begin with a table

of contents identifying the page at which each part begins.  The relevant docket entries must follow the table of contents.  Other parts of the record must follow chronologically."

                                        For the Court--By Direction

                                        /s/ Patricia S. Connor, Clerk